IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**MORRIS A. SMITH**                                                                    **PLAINTIFF**

**VS.**                                                              **CIVIL ACTION NO. 3:05CV519LS**

**G. MELVIN COOPER**                                                 **DEFENDANT**

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause on or about May 2, 2006, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge James C. Sumner entered on or about May 2, 2006, and the same is hereby, adopted as the finding of this Court, and this matter will be dismissed with prejudice. A separate judgment will be entered in accordance with Fed. R. Civ. P. 58.

IT IS SO ORDERED, this the 31st day of May, 2006.

                                                         /s/ Tom S. Lee
                                                         UNITED STATES DISTRICT JUDGE